UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROL CRAVEN,

    Plaintiff,

v.                              CASE NO: 8:07-cv-1788-T-23MAP

STONEBRIDGE LIFE INSURANCE CO.,

    Defendant.
_____/

## **ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), a July 1, 2008, order (Doc. 20) referred the plaintiff's motion (Doc. 17) for summary judgment and the defendant's motion (Doc. 16) for summary judgment to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's August 13, 2008, report and recommendation (Doc. 28), the plaintiff objects (Doc. 32).

A *de novo* determination of those portions of the report and recommendation to which the plaintiff objects reveals that the objections either are unfounded or otherwise require no different resolution of the defendant's motion for summary judgment. Accordingly, the plaintiff's objections (Doc. 32) are **OVERRULED**, and the Magistrate Judge's report and recommendation (Doc. 28) is **ADOPTED**. The plaintiff's motion (Doc. 17) for summary judgment is **DENIED**. The defendant's motion (Docs. 16) for summary judgment is **GRANTED**.

The Clerk is directed to (1) enter judgment in favor of the defendant and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on September 5, 2008.

                                                        STEVEN D. MERRYDAY
                                              UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
       Courtroom Deputy